**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR.**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**SAN ANTONIO, TX 78205**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **COWBOYS FAR WEST, LTD,** | § | **CASE NO. 16-51419-RBK** |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTOR IN POSSESSION** | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

COMES NOW Judy A. Robbins, the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1. The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on 6/24/2016.

2. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3. The United States Trustee has attempted to solicit creditors interested in serving on the Unsecured Creditors' Committee from the 20 largest unsecured creditors. After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest in serving on the Committee, in order to appoint a proper Committee.

4. A first meeting of creditors was held pursuant to 11 U.S.C. § 341(a) and upon notice to all creditors. Unsecured creditors appearing at said meeting were insufficient in number to form a unsecured creditors committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee as contemplated by 11 U.S.C. § 1102.

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7

By: //s//James W. Rose, Jr.
James W. Rose, Jr.
Trial Attorney
Texas Bar No. 17251900
615 E. Houston, Rm. 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was mailed, first class, postage paid, to those persons listed on the attached matrix and/or by electronic means for all Pacer system participants, on this the 25th day of July, 2016.

//s//James W. Rose, Jr.
James W. Rose, Jr.

| | | |
|---|---|---|
| Amie Haynes<br>c/o Kevin B. Miller<br>Law Office of Miller & Bicklein<br>8270 Callaghan Rd., Ste. 250<br>San Antonio, TX  78230 | Cowboys Concert hall-Arlington Ltd.<br>3030 NE Loop 410<br>San Antonio, TX  78218 | First National Bank<br>PO Box 810<br>Edinburg, TX  78540-0810 |
| Nicholas joseph Finnerty<br>c/o Monica I. Bohuslov<br>901 Main St., Ste. 5200<br>Dallas, TX  75202 | Red River Beverage, Inc.<br>3030 NE Loop 410<br>San Antonio, TX  78218 | Renea Menzies<br>c/o Carain & Shaw, P.C.<br>630 Broadway<br>San Antonio, TX  78215 |
| Cowboy's Far West, Ltd.<br>3030 NE Loop 410<br>San Antonio, TX  78218 | James S. Wilkins<br>Willis & Wilkins, LLP<br>711 Navarro St., Ste. 711<br>San Antonio, TX  78205-1711 | |